**Order entered October 14, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00928-CV

### KASEY C. KRUMMEL AND KRUMMEL LAW, Appellants

### V.

### NXRT ATERA, LLC AND NXRT ATERA II, LLC D/B/A ATERA APARTMENTS, TI COMMUNITIES AND TMIF VIEW LP, D/B/A THE VIEW AT KESSLER PARK, Appellees

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-02415**

## ORDER

Before the Court is appellants' October 4, 2019 motion for extension of time. We **GRANT** the motion and **ORDER** the appellate filing fee be paid, and the docketing statement, clerk's record, and reporter's record, if any, be filed, no later than December 4, 2019.

We **DIRECT** the Clerk of the Court to send a copy of this order to Dallas County District Clerk Felicia Pitre; Marcey J. Poeckes, Official Court Reporter of the 298th Judicial District Court; and the parties.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE